UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.   2:20-cv-5517-DSF (MAR) | Date:  October 18, 2021 |

Title:  *Daria C. Jiles v. Andrew Saul*

Present: The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| Erica Bustos | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE:  FAILURE TO FILE JOINT SUBMISSION**

　　On June 22, 2020, Daria C. Jiles ("Plaintiff"), proceeding with counsel, filed a Complaint pursuant to 42 U.S.C. § 405 ("section 405") seeking review of a decision by the Commissioner of Social Security to deny benefits.  ECF Docket No. ("Dkt.") 1.  On July 10, 2020, the Court issued an "Order re: Procedures in Social Security Appeal" ("Procedures Order").  Dkt. 5.  The Procedures Order stated that the government should file a Joint Submission within ninety-one (91) days of the filing of the Certified Administrative Record and Answer.  Id. at 1–2.

　　On July 2, 2021, Defendant filed an Answer and the Certified Administrative Record.  Dkts. 14–15.  Accordingly, pursuant to the Procedures Order, the Joint Submission was due by October 1, 2021.  See Dkt. 5 at 1–2.  To date, Defendant has not filed a Joint Submission.

　　Accordingly, Defendant is ordered to show cause in writing **within fourteen (14) days** of this Order why they have failed to respond.  The Court will consider any of the following two (2) options to be an appropriate response to this Order:

(1) Defendant shall file a Joint Submission as described in the Procedures Order, Dkt. 5; or
(2) Defendant shall provide the Court with an explanation as to why they have failed to file the Joint Submission and request an extension.

　　**Defendant is cautioned failure to timely respond to this Order may result in entry of default, pursuant to Federal Rule of Civil Procedure 55(a).**

　　IT IS SO ORDERED.

| | : |
|---|---|
| **Initials of Preparer** | eb |