JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIA C. JILES, | Case No. 2:20-cv-05517-DSF-MAR |
| Plaintiff, | |
| v. | JUDGMENT |
| KILOLO KIJAKAZI, | |
| Defendant(s). | |

Pursuant to the Order Re: Motion to Remand, **IT IS HEREBY ADJUDGED** that this action is **REMANDED** to the Commissioner of Social Security, pursuant to Sentence Four of 42 U.S.C. § 405(g), for further proceedings consistent with the terms of Defendant's Motion to Remand.

Dated:  March 17, 2022

_____
HONORABLE DALE S. FISCHER
United States District Judge